UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:22-cv-81546-DMM

JONATHAN PONCE,

    Plaintiff,

vs.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE OF FILING IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

Defendant, FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, by and through undersigned counsel and pursuant to Fla.R.Civ.P. 1.510, hereby provides Notice of Filing the following in support of its Motion for Summary Judgment:

1. Plaintiff Jonathan Ponce Deposition taken April 27, 2023:

    Jonathan Ponce Deposition Excerpts, Pages:  4-7, 14, 15, 21-25, 33, 34, 36-38, 46, 50, 68-70, 72, 75, 77-80, 83, 92, 110, 122-124, 126, 127, 130-132, 136-139, 144-146, 151, 152, 154, 156 and 159.

2. Plaintiff Jonathan Ponce Deposition Exhibit 2 – Espana e-mail

3. Plaintiff Jonathan Ponce Deposition Exhibit 3 – 8/9/17 e-mail

4. Plaintiff Jonathan Ponce Deposition Exhibit 4 – Exam Notification

5. Plaintiff Jonathan Ponce Deposition Exhibit 5 – Article 10

6. Plaintiff Jonathan Ponce Deposition Exhibit 6 – 2/3/21 Memo

7. Plaintiff Jonathan Ponce Deposition Exhibit 7 – 2022 Memo

8. Plaintiff Jonathan Ponce Deposition Exhibit 8 – Sick Request

9. Plaintiff Jonathan Ponce Deposition Exhibit 9 – 6/15/2022 e-mail

10. Plaintiff Jonathan Ponce Deposition Exhibit 10 – 6/16/2022 Memo

11. Plaintiff Jonathan Ponce Deposition Exhibit 11 – PBA Grievance

12. Plaintiff Jonathan Ponce Deposition Exhibit 12 – EEOC Complaint

13. Plaintiff Jonathan Ponce Deposition Exhibit 13 – Promotions Memo

14. Sean Brammer Deposition Taken June 8, 2023:

    Sean Brammer Deposition Excerpts, Pages: 4, 5, 9, 14, 15, 21-25, 27, and 30-32.

15. Sean Brammer Declaration.

16. Amy Ponce Deposition Taken July 3, 2023:

    Amy Ponce Deposition Excerpts, Pages: 13, 20 and 52.

17. Donald Oswald Deposition Taken June 27, 2023:

    Donald Oswald Deposition Excerpts, Page: 37.

18. October 11, 2022, Memo Officer Assignment/Reassignment FAU_002499

19. Workday Documentation of Ricky Robinson FAU_002450-FAU_002451

20. Work Day Documentation of Harvey Atkinson FAU_002502-FAU_002505

21. Offer letter to Plaintiff-FAU_000506

22. FAU Regulation 7.008 Anti-Discrimination and Anti-Harassment

I HEREBY CERTIFY that on this 3rd day of August 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        WYDLER LAW
        *Attorneys for Defendant*
        2600 Douglas Road, PH-4
        Coral Gables, FL 33134
        (305) 446-5528
        (305) 446-0995 (fax)

        BY _/s/ Lourdes Espino Wydler_____
            LOURDES ESPINO WYDLER
            F.B.N.: 719811
            lew@wydlerlaw.com
            Secondary E-mails:
            dinah@wydlerlaw.com
            guertty@wydlerlaw.com

## **SERVICE LIST**

G. Ware Cornell, Jr., Esq.
Florida Bar Number 203920
Cornell & Associates, PA
2645 Executive Park Drive
Weston, FL 33331
(954) 641-3441
(954) 383-5161
ware@warecornell.com
brittne@warecornell.com
*Counsel for Plaintiff*