**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  9:22-cv-81546-DMM

**JONATHAN PONCE,**

     Plaintiff,

v.

**FLORIDA ATLANTIC UNIVERSITY**
**BOARD OF TRUSTEES,**

     Defendant.

_____

**NOTICE OF FILING PLAINTIFF'S CORRECTED TRIAL WITNESS LIST**

Plaintiff, Jonathan Ponce, hereby files the attached corrected trial witness list.

**DATED SEPTEMBER 6, 2023**

                         **FOR PLAINTIFF:**

                                         BY: */s/ G. Ware Cornell, Jr.*
                                          G. Ware Cornell, Jr.
                                          Fla. Bar No.: 203920
                                          ware@warecornell.com
                              **CORNELL & ASSOCIATES, P.A.**
                                      2645 Executive Park Drive
                                            Weston, Fla. 33331
                                          Ph: (954) 641-3441

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 6th day of September, 2023.

*/s/ G. Ware Cornell, Jr.*
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff

**SERVICE LIST**

Lourdes Wydler
Fla. Bar No. 719811
lew@marrerolegal.com
Oscar E. Marrero
Fla. Bar No.: 372714
oem@marrerolegal.com
**MARRERO & WYDLER**
Counsel for Defendant
2600 Douglas Road, PH-4
Coral Gables, Fla. 33134
Ph: (305) 446-5528 Counsel for Defendant
2600 Douglas Road, PH-4
Coral Gables, Fla. 33134
Ph: (305) 446-5528

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  9:22-cv-81546-DMM

**JONATHAN PONCE,**
    Plaintiff,

v.

**FLORIDA ATLANTIC UNIVERSITY**
**BOARD OF TRUSTEES,**
    Defendant.

_____

**PLAINTIFF'S CORRECTED TRIAL WITNESS LIST**

Plaintiff, Jonathan Ponce, by counsel, hereby identifies the following individuals that are expected to provide testimony at the trial in this action that is presently scheduled to commence during the 2-week trial period beginning September 25, 2023.

| WITNESS NO: | WILL CALL / MAY CALL | METHOD OF TESTIMONY | DURATION | WITNESS |
|---|---|---|---|---|
| 1 | Will Call | Live | 1 hour | Jonathan Ponce, Plaintiff |
| 2 | Will Call | Live | 1 hour | Sean Brammer C/o Wydler Law |
| 3 | May Call | Live | 30 minutes | Torsan Cowart (Contact information is confidential pursuant to Art. 1, § 23, Florida Constitution) |
| 4 | May Call | Live | 30 minutes | Larry Ervin C/o Wydler Law |
| 5 | May Call | Live | 30 minutes | Melissa Malara C/o Wydler Law |

| 6 | May Call | Live | 30 minutes | Chelsea John-Williams C/o Wydler Law |
| 7 | May Call | Live | 30 minutes | Jeffrey Wojciechowski (Contact information is confidential pursuant to Art. 1, § 23, Florida Constitution) |
| 8 | May Call | Live or remote | 30 minutes | Donald Oswald C/o Cornell & Assoc. |
| 9 | May Call | Live | 30 minutes | Robin Griffin-Kitzerow (Contact information is confidential pursuant to Art. 1, § 23, Florida Constitution) |
| 10 | May Call | Live | 30 minutes | Omar Jubilees C/o Wydler Law |
| 11 | May Call | Live | 30 minutes | Robert Vickens (Contact information is confidential pursuant to Art. 1, § 23, Florida Constitution) |
| 12 | May Call | Live | 30 minutes | Ulysses Boldin C/o Wydler Law |
| 13 | May Call | Live | 30 minutes | Rickey Robinson C/o Wydler Law |
| 14 | May Call | Live | 30 minutes | Larry Espana C/o Wydler Law |
| 15 | May Call | Live | 30 minutes | Janey (Hunter) Chang C/o Wydler Law |
| 16 | May Call | Live | 30 minutes | John Crane-Baker C/o Wydler Law |

| 17 | May Call | Live | 30 minutes | Hal Hutchins C/o Wydler Law |
| 18 | May Call | Live | 30 minutes | Howard Howell C/o Wydler Law |
| 19 | May Call | Live | 30 minutes | Harriet Pioquinto C/o Wydler Law |
| 20 | May Call | Live | 30 minutes | Terrie Lora C/o Wydler Law |
| 21 | May Call | Live | 30 minutes | Carlene Watson *Contact Information Unknown at this Time* |
| 22 | May Call | Live | 30 minutes | Chase Picot (Contact information is confidential pursuant to Art. 1, § 23, Florida Constitution) |
| 23 | May Call | Live | 30 minutes | Virginia Williams-Lliu C/o Wydler Law |
| 24 | May Call | Live | 30 minutes | Rickey Bethel C/o Wydler Law |
| 25 | May Call | Live | 30 minutes | Gael Gassant C/o Wydler Law |
| 26 | May Call | Live | 30 minutes | Michael Marzigliano C/o Wydler Law |
| 27 | May Call | Live | 30 minutes | Efren Johnson C/o Wydler Law |
| 28 | May Call | Live | 30 minutes | Robert Halyard C/o Wydler Law |
| 29 | May Call | Live | 30 minutes | Harvey Atkinson C/o Wydler Law |
| 30 | May Call | Live | 30 minutes | Danny Sementilli ds3solutions@gmail.com |

| 31 | May Call | Live | 30 minutes | Patrick Harmon *Contact Information Unknown at this Time* |
| 32 | | | | Any witness disclosed by Defendant |
| 33 | | | | Any impeachment, rebuttal, and cross examination witnesses |

**DATED SEPTEMBER 6, 2023**

FOR PLAINTIFF:

BY: _/s/ G. Ware Cornell, Jr._
G. Ware Cornell, Jr.
Fla. Bar No.: 203920
ware@warecornell.com
**CORNELL & ASSOCIATES, P.A.**
2645 Executive Park Drive
Weston, Fla. 33331
Ph: (954) 618-1041

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 6th day of September, 2023.

*/s/ G. Ware Cornell, Jr.*
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff

**SERVICE LIST**
Lourdes Wydler
Fla. Bar No. 719811
lew@marrerolegal.com
Oscar E. Marrero
Fla. Bar No.: 372714
oem@marrerolegal.com
**MARRERO & WYDLER**
Counsel for Defendant
2600 Douglas Road, PH-4
Coral Gables, Fla. 33134
Ph: (305) 446-5528 Counsel for Defendant
2600 Douglas Road, PH-4
Coral Gables, Fla. 33134
Ph: (305) 446-5528