UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CIV-81546-MIDDLEBROOKS

JONATHAN PONCE,

    Plaintiff,

v.

FLORIDA ATLANTIC UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**MEDIATOR'S REPORT**

The parties held a mediation conference on September 18, 2023 at 9:00 a.m., and the results of that conference are indicated below:

**Attendance:** All parties and their counsel appeared. The mediation proceeded in-person at the office of the undersigned. The claims examiner appeared via Zoom.

**Outcome:** An agreement was reached; the case is SETTLED.

Dated this 18th day of September, 2023

    Respectfully submitted,
    Neil Flaxman, Esq.
    Florida Supreme Court Certified Circuit & Appellate Mediator
    L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
    L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
    Brickell City Tower, Suite 3100
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-810-2786- Fax: 305-810-2824
    E-mail: neil@flaxmanmediations.com

    By: *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299