UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:22-cv-81546-DMM

**JONATHAN PONCE,**
    Plaintiff,

v.

**FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES,**
    Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JONATHAN PONCE, and Defendant, FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, hereby jointly stipulate to the voluntary dismissal of this action with prejudice pursuant to amicable resolution. The Parties hereby request the Court to retain jurisdiction for a period of forty-five (45) days to enforce the Parties' agreement.

**DATED SEPTEMBER 22, 2023**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| BY: _/s/ G. Ware Cornell, Jr._ | BY: _/s/ Lourdes Wydler_ |
| G. Ware Cornell, Jr. | Lourdes Wydler |
| Fla. Bar No.: 203920 | Fla. Bar No.: 719811 |
| ware@warecornell.com | lew@wydlerlaw.com |
| **CORNELL & ASSOCIATES, P.A.** | **WYDLER LAW** |
| Counsel for Plaintiff | Counsel for Defendant |
| 2645 Executive Park Drive | 2600 Douglas Road, PH-4 |
| Weston, Fla. 33331 | Coral Gables, Fla. 33134 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 22nd day of September, 2023.

*/s/ G. Ware Cornell, Jr.*
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff

**SERVICE LIST**

Lourdes Wydler
Fla. Bar No. 719811
lew@wydlerlaw.com
**WYDLER LAW**
Counsel for Defendant
2600 Douglas Road, PH-4
Coral Gables, Fla. 33134
Ph: (305) 446-5528