UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-81546-CV-MIDDLEBROOKS

JONATHAN PONCE,

    Plaintiff,

v.

FLORIDA ATLANTIC UNIVERISTY
BOARD OF TRUSTEES,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on September 22, 2023. (DE 73). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1) The Clerk of Court shall **CLOSE THIS CASE.**

2) All pending motions are **DENIED AS MOOT**.

3) Pursuant to the Parties' request, and to the extent permitted by law in view of the foregoing precedent, I will reserve jurisdiction, for a period of forty-five (45) days to enforce the terms of the Parties' Settlement Agreement.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of September, 2023.

Copies to: Counsel of Record

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE